**Opinion issued April 30, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00170-CV

———————————

## GARNET BUILDERS LLC, MARIA SANCHEZ, AND LUIS ALEJANDRO SANCHEZ, Appellants

## v.

## RED BLUFF DEVELOPMENT, LLC, Appellee

---

### On Appeal from the 61st District Court
### Harris County, Texas
### Trial Court Case No. 2026-07244

---

### MEMORANDUM OPINION

Appellants Garnet Builders LLC, Maria Sanchez, and Luis Alejandro Sanchez filed this interlocutory appeal on February 20, 2026, appealing an ex parte

restraining order signed February 6, 2026. The Harris County District Clerk's website reflects that the restraining order was extended to automatically expire on March 6, 2026, and that an agreed order was signed on March 6, 2026.[1] Thus, the appealed order has expired by its own terms and this Court lacks jurisdiction over this appeal.

On March 26, 2026, we sent a notice to the parties explaining that the appealed order appears to have expired by its own terms and asking them to file a response with 7 days explaining why we have jurisdiction over this appeal. No party filed a response. We conclude that we lack jurisdiction over this interlocutory appeal and dismiss it for want of jurisdiction. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] Appellate courts may take judicial notice of facts outside the record when necessary to determine jurisdiction. *See* TEX. R. EVID. 201(d); *In re Lombana*, 542 S.W.3d 699, 701 n.1 (Tex. App.—Houston [14th Dist.] 2017, orig. proceeding).